# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States District Court
Southern District Of Texas
**FILED**

SEP 20 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

**Hector Alberto Flores**      *PRINCIPAL*      United States
                          YOB:  1991

## CRIMINAL COMPLAINT

Case Number:

M-19-2281-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 19, 2019** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Fidel Maldonado-Sanchez and Inocencio Gabriel-Maldonado citizens and nationals of Mexico, along with two (2) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport or move said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas, by means of a motor vehicle,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**
I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On September 19, 2019, at approximately 8:00 a.m. Rio Grande City Station received a camera activation showing an image of one subject running up to an area in Roma, Texas known as the "abandoned house," which is an area notorious for alien and narcotics smuggling. The camera operator then observed a group of subjects running up from the brush near the Rio Grande River towards the "abandoned house" area. Moments later, the camera operator observed a group of subjects boarding into a gray in color 4-door sports utility vehicle (SUV).

**SEE ATTACHED**

**I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on September 20, 2019.**

Continued on the attached sheet and made a part of this complaint:      [X] Yes   [ ] No

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:**

/S/ Nicolas Cantu Jr.
Signature of Complainant

@ 6:59 PM

Nicolas Cantu Jr.       Border Patrol Agent
Printed Name of Complainant

September 20, 2019                                at      McAllen, Texas
Date                                                       City and State

J. Scott Hacker             , U. S. Magistrate Judge
Name and Title of Judicial Officer                         Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-19-2281-M

**RE:** Hector Alberto Flores

**CONTINUATION:**

The camera operator relayed to nearby agents that the gray 4-door SUV was traveling west on Zaragoza Street and then advised that multiple subjects exited the vehicle at the intersection of Zaragoza and Flores Street in Roma, Texas. The camera operator maintained visual of the gray SUV as it continued to drive away from the area until it came to a stop near a residence on Madrigal Street in Roma, Texas. Agents arrived to the location where the subjects were last seen exiting the vehicle. A Border Patrol Agent observed several subjects in the brush that matched the description provided by the camera operator. The agent identified himself as a Border Patrol Agent and performed an immigration inspection. After a brief interview with the subjects, it was determined all four subjects were illegally present in the United States.

The camera operator informed the agents he still had visual of the last location where the gray SUV was last seen. It was later determined the gray SUV was parked at 1306 Madrigal Street in Roma, Texas. Agents arrived to that location and proceeded to search for the driver.

Shortly thereafter, a person identified as the owner of the property located at 1306 Madrigal Street approached the agents and stated that illegal immigrants sometimes hide in one of the houses located on his property. The owner proceeded to grant the agents permission to search the property and upon entering the second residence on the property agents found one subject, later identified as Hector Alberto Flores, hiding in a room. Flores tried to abscond but the agents managed to detain him for further investigation. Agents proceeded to conduct a patdown of Hector Alberto Flores for officer safety and discovered a single vehicle key inside of his front pocket. The key was later determined to unlock the gray SUV used to transport the four illegal aliens. Flores and the four other subjects were read their Miranda Rights and were placed under arrest and transported to the Rio Grande City Border Patrol Station for further processing.

PRINCIPAL STATEMENT:

Hector Alberto Flores was read his Miranda Rights at the Rio Grande City Border Patrol Station. Subject understood his rights and requested a lawyer to be present before he answered any questions. No statement was provided.

MATERIAL WITNESSES STATEMENTS:

Fidel MALDONADO-Sanchez and Inocencio GABRIEL-Maldonado, both citizens and nationals of Mexico, were read their Miranda Rights. Both subjects understood their rights and agreed to provide a sworn statement without the presence of an attorney.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

ATTACHMENT TO CRIMINAL COMPLAINT:

M-19-2281-M

RE:     **Hector Alberto Flores**

**CONTINUATION:**

Fidel MALDONADO-Sanchez stated that he traveled by taxi from Monterrey, Nuevo Leon, Mexico to Miguel Aleman, Tamaulipas, Mexico. Once in Miguel Aleman he stayed at a friend's house until September 19, 2019. MALDONADO stated he paid 1,390 Mexican Pesos to be crossed illegally into the United States. MALDONADO stated that he was told by the smuggling guide that a subject driving a gray truck would be ready to pick them up once they crossed into the United States. MALDONADO stated that once they crossed into the United States, he saw a gray truck with four doors that was occupied by a male driver. MALDONADO stated it was the only vehicle in the area so they boarded that vehicle. MALDONADO said he got into the front passenger side and the other three undocumented aliens got in the back seat. MALDONADO stated that the driver then drove off and a few minutes later the driver stopped the vehicle and told them to get out since Border Patrol was behind him. MALDONADO stated that he tried to run and hide but was apprehended by Border Patrol.

MALDONADO was able to positively identify FLORES as the driver of the gray truck who transported them through an official photo lineup.

Inocencio GABRIEL-Maldonado stated that he traveled by bus from Monterrey, Nuevo Leon, Mexico to Miguel Aleman, Tamaulipas, Mexico. Once he arrived he was taken to a house with more people. GABRIEL stated that he crossed the Rio Grande River on September 19, at around morning time. GABRIEL claimed he paid $1,200 USD to be crossed into the United States. GABRIEL stated that he crossed with three other people and a rafter and was given instructions to run north and a gray four door truck would be there to pick them up. GABRIEL stated that the driver was a male with short black hair with light color skin. GABRIEL stated that he got in the back seat and ducked down when the driver drove off. GABRIEL stated that the driver then stopped the vehicle and told them to get out. Shortly after he was apprehended by Border Patrol.

GABRIEL was able to positively identify FLORES as the driver of the gray truck who transported them through an official photo lineup.